# United States District Court
## Violation Notice

**CVB Location Code:** 26

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F06M0088 | Draughon | 2492 |

F06M0088

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 07/19/2025 12:37 | FED 36CFR261.10B |

**Place of Offense**
SAN JUAN NF-LA PLATA CANYON RD, BAY CITY CG

**Offense Description: Factual Basis for Charge**
TAKING POSSESSION

HAZMAT ☐

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| BLECHINGER | CHAD | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE
**VIN:** 3B7KF23C0SM133513   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DFMZ53 | CO | 1995 | DODG/RAM 2500 | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 300.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 330.00 | Total Collateral Due |

**PAY THIS AMOUNT**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address**
1060 E. 2nd Ave, Durango, Colorado 81301

**Date (mm/dd/yyyy)**

**Time (hh:mm)**
09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F06M0088

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     07/19/2025     while exercising my duties as a law enforcement officer in the               District of     CO

Pursuant to 16USC 551: 36 C.F.R. § 261.10 (b) Taking possession of, occupying, or otherwise using National Forest System lands for residential purposes without a permit or as otherwise authorized by Federal law or regulations. United States Department of Agriculture, Forest Service; Federal Law Enforcement Officer Draughon was on duty within the congressionally designated boundaries of the San Juan National Forest, La Plata County, District of Colorado, when this incident occurred. On July 19, 2025, while patrolling on La Plata Canyon Road, near the Bay City Campground, Officer Draughon unexpectedly came in contact with CHAD ALEXANDER BLECHINGER (04-19-1984), occupying a campsite, and attempting to start a campfire in a hole in the ground and not in a Forest Service-provided metal fire ring. Furthermore, Officer Draughon observed BLECHINGER residing in La Plata Canyon multiple times during the year of 2025. BLECHINGER has been arrested, issued violation notices, and warned multiple times for residential & transient squatting on Forest Service lands since 2020 to the present day (2025). Case Numbers & dates as follows: MAKG0BQ (4/2020), MAKG0BZ (5/2020), F5351152-LL (12/2020), M06M03F (3/2023), F06M003W (9/2023), M06M06D (10/2023), M06M09R (8/2024), M06M0AF (1/2025), F06M007C (2/2025). Throughout this time, BLECHINGER has never taken steps to obtain lawful residence on private property in La Plata County. The Manna – The Durango Soup Kitchen address, 1100 Avenida Del Sol, appears on BLECHINGER's Colorado Driver's License and motor vehicle registration. During Officer Draughon's conversation with BLECHINGER, he admitted that he does not have employment anywhere in the City of Durango. Officer Draughon has made a concerted effort to thoroughly explain all the rules & regulations of Forest Service-controlled and protected public lands to BLECHINGER. Still, he continues to believe that he can remain on public lands for fourteen days, leave the area for several hours, then return. Furthermore, BLECHINGER has an unfounded belief that the Forest Service must provide him a home, due to the agency having his abandoned mobile home towed from La Plata Canyon in 2020, depriving him of his residence. I, Officer Draughon, hereby attest under penalty of perjury that I personally served CHAD ALEXANDER BLECHINGER with a true and correct copy of this violation notice F06M0088 on July 19, 2025. Furthermore, due to BLECHINGER's knowingly & willful

The foregoing statement is based upon:

☒ MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     07/19/2025        *[signature]*
               Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:                                          
               Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident